## Commonwealth *v.* Ehly, Appellant.

Argued June 21, 1971. *H. Lunardi,* with him *Charles Peruto,* and *Lorch, Ryan, Peruto & Vitullo,* for appellant; *Norris E. Gelman,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A.*

*Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.